IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARCHIE DEON GLENN                                                                PLAINTIFF

V.                                                                          NO. 3:16CV00247-NBB-JMV

COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated November 17, 2016, was on that date duly served upon counsel for the Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated November 17, 2016, is hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's IFP motion is DENIED, and Plaintiff is hereby granted 14 days from the date of this order to either pay the full amount of the filing fee or file a renewed IFP motion along with a completed and executed financial affidavit or risk dismissal of this lawsuit for failure to prosecute and failure to obey a Court order.

3. That Plaintiff's motion to dismiss is DENIED.

4. That should Plaintiff fail to cooperate with his counsel to either pay the filing fee or file a renewed IFP motion within 14 days of the date of this order, Plaintiff's counsel shall

within 30 days of this date, file a certification which concisely states all efforts made to apprise his client of the status of this case, including the possibility of its dismissal.

**THIS**, the 19th day of December, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**