IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARCHIE DEON GLENN                                                                  PLAINTIFF

V.                                                                        NO. 3:16CV00247-NBB-JMV

COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations [7] of the United States Magistrate Judge dated January 31, 2017, was on that date duly served upon counsel for the Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated January 31, 2017, is hereby approved and adopted as the opinion of the Court;

2. That Plaintiff's motion to amend/correct his motion to dismiss [6] is **GRANTED**; and

3. That this case is hereby dismissed with prejudice.

This, the 10th day of July, 2017.

                                                               /s/ Neal Biggers
                                                               **NEAL B. BIGGERS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**